# CRIMINAL COMPLAINT

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**James Lamar FORD, Jr.**<br><br>DOB: xx/xx/1972; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**18-02886MJ** |

Complaint for violation of Title 18 United States Code § 922(g)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On January 24, 2018, at or near Sierra Vista, in the District of Arizona, **James Lamar Ford, Jr.**, having previously been convicted of a crimes punishable by imprisonment for a term exceeding one year; that is: Possession of Firearm by a Previously Convicted Felon, Possession of Illegally Modified Firearms, Possession of Unregistered Firearms, and Possession of Ammunition by a Previously Convicted Felon, in United States District Court for the Northern District of New York, case number DNYN104CR000378-001, on November 29, 2006; did knowingly possess firearms; that is: one Smith & Wesson, model M&P Shield, 9mm semiautomatic pistol serial number HKE8099; and one Bersa, model Thunder 380, .380 caliber semiautomatic pistol, serial number D32567; said firearms being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 29, 2006, James Lamar Ford, Jr., was convicted of Possession of Firearm by a Previously Convicted Felon, Possession of Illegally Modified Firearms, Possession of Unregistered Firearms, and Possession of Ammunition by a Previously Convicted Felon, felony offenses punishable by imprisonment for a term exceeding one year, in United States District Court for the Northern District of New York, case number DNYN104CR000378-001.

On January 24, 2018, while serving a sentence of supervised release, Ford was contacted at a drug screen/urinalysis testing facility in Sierra Vista, Arizona, by his probation officer upon information that Ford may be in possession of a firearm. After being advised of and waiving his *Miranda* rights, Ford admitted that he was in possession of two firearms. In the vehicle Ford drove to the drug testing facility, officers found one Smith & Wesson, model M&P Shield, 9mm semiautomatic pistol serial number HKE8099; and one Bersa, model Thunder 380, .380 caliber semiautomatic pistol, serial number D32567. Agents confirmed that the firearms possessed by Ford were manufactured outside of Arizona and/or were previously transported into Arizona from another state or foreign country, thereby affecting interstate or foreign commerce.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

N/A

| | |
|---|---|
| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA [signature] | SIGNATURE OF COMPLAINANT<br>[signature]<br>OFFICIAL TITLE<br>ATF Special Agent Matt Bayer |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>January 25, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54