ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
SHELLEY K.G. CLEMENS
Assistant U.S. Attorney
OK State Bar No. 16567
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
shelley.clemens@usdoj.gov
Attorneys for Plaintiff

FILED

2018 FEB 21 PM 3: 15

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

James Lamar Ford, Jr.,

Defendant.

CR 18- 261 TUC CKJ(LAB)

INDICTMENT

Violations:
18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of Firearms and Ammunition
Count 1

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about January 24, 2018, at or near Sierra Vista, in the District of Arizona, JAMES LAMAR FORD, JR., having previously been convicted of a crimes punishable by imprisonment for a term exceeding one year; that is: Escape, in case number CR-16-00355-PHX-SPL, in the United States District Court for the District of Arizona, and Possession of Firearm by a Previously Convicted Felon, Possession of Illegally Modified Firearms, Possession of Unregistered Firearms, and Possession of Ammunition by a Previously Convicted Felon, in United States District Court for the Northern District of New York, case number DNYN104CR000378-001, on November 29, 2006; did knowingly

possess firearms and ammunition; that is: one (1) Smith & Wesson model M&P Shield, 9mm caliber semiautomatic pistol bearing serial number HKE8099, one (1) Bersa, model Thunder 380, .380 caliber semiautomatic pistol bearing serial number D32567, eight (8) rounds Winchester-Western 9mm caliber ammunition, and four (4) rounds Remington .380 caliber ammunition; said firearms being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendant, JAMES LAMAR FORD, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) Smith & Wesson model M&P Shield, 9mm caliber semiautomatic pistol bearing serial number HKE8099, one (1) Bersa, model Thunder 380, .380 caliber semiautomatic pistol bearing serial number D32567, eight (8) rounds Winchester-Western 9mm caliber ammunition, and four (4) rounds Remington .380 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/

SHELLEY K.G. CLEMENS
Assistant U.S. Attorney
Dated: February 21, 2018

REDACTED FOR PUBLIC DISCLOSURE