James Ford
Reg. #12682-052
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

February 4, 2019

CR 16 - 00355-Phx-CKJ (LAB)
CR 18- 00261-TUC-CKJ (LAB)

Judge Cindy K. Jorgenson
405 W. Congress St.
Tucson, AZ 85701



FILED ✓            LODGED
RECEIVED          COPY

FEB 2 6 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Judge Jorgenson:

On September 5, 2018, I plead guilty to violating 18 U.S.C.
§§ 922(g)(1) and 924(a)(2) in Case No. CR-18-261 and admitted to
violating supervised release in Case No. CR-16-355. On November
28, 2018, the Court sentenced me to 24 months imprisonment, with
credit for time served, in Case No. CR-18-261 and 12 months
imprisonment, with credit for time served and no term of super-
vised release to follow, the disposition of which was to be run
consecutive to the sentence imposed in CR-18-261, in Case No.
CR-16-355.

Pursuant to the 2018 version of United States Sentencing
Guidelines § 5G1.3(b), my sentences should have been run
concurrent.

Also, the BOP refuses to give me credit for time served
(308 days) in Case No. CR-16-355, i.e., the credit does not
appear in my time computation. If you ran my sentences concurrent,
my sentence would then come closer to the sentence you originally
intended to give me, i.e., I would then have to serve 57 days less
than you intended, bringing my projected release date to September
4, 2019, as opposed to serving 308 more days than you intended.

I respectfully request that you recall your mandate and run
my sentences concurrently.

Respectfully submitted,

James Ford
Reg. #12682-052
UnitedStates Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

LEGAL MAIL

PHOENIX AZ 852

05 FEB 2019 PM 6 1

Judge Cindy K. Jorgenson
405 W. Congress St.
Tucson, AZ 85701

<>12682-052<>
Clerk Court
405 W Congress ST
Tucson, AZ 85701
United States

85701-S05260