IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>James Lamar Ford, Jr,<br><br>    Defendant. | No. 18-CR-00261-001-TUC-CKJ (LAB)<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☒ any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

1. You must complete 100 hours of community service at the rate of not less than 10 hours per week as approved and directed by the probation officer, to be completed by November 30, 2021.

_____     7-8-2021
James Lamar Ford, Jr                                   Date
Defendant

_____     7-8-2021
Joseph R. Moses                                          Date
U.S. Probation Officer

ORDER OF COURT

Considered and ordered this 27th day of July, 2021, and ordered filed and made a part of the records in the above case.

_____
The Honorable Cindy K. Jorgenson
Senior U.S. District Judge