Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Supervised Release

T-SEALED

☒ FILED   ☐ LODGED
**Apr 19, 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Name of Offender: | **James Lamar Ford, Jr** | Case No.: | **18-CR-00261-001-TUC-CKJ (LAB)** |
| Name of Judicial Officer: | **The Honorable Cindy K. Jorgenson**<br>**Senior United States District Judge** | | |
| Date of Original Sentence: | **11/28/2018** | | |
| Original Offense: | **Instant Offense: Felon in Possession of Firearms and Ammunition, 18, U.S.C., §922(g)(1) and 18, U.S.C., §924(a)(2), a Class C Felony** | | |
| Original Sentence: | **24 months Bureau of Prisons, 36 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **8/21/2020**<br>Date Supervision Expires: **8/20/2023** | |
| Assistant U.S. Attorney: | **Shelley Clemens**<br>520-620-7340 | Defense Attorney: | **Steven Donald West**<br>520-623-4387 |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges James Lamar Ford, Jr has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Mandatory Condition #1** which states, "You must not commit another federal, state or local crime." |

    1) On or about April 14, 2022, Ford Jr. committed another crime: Arizona Revised Statutes (A.R.S.) §13-1204A2/13-3601 (Domestic Violence/Aggravated Assault with Deadly Weapon), a Class 3 Felony. Violation outlined in Tucson Police Interim Complaint number 2204140001. A Grade B violation §7B1.1(a)(2). Per U.S.S.G. 7B1.1, Note 1, violation based on the actual conduct, not a new criminal charge or conviction. Revocation is mandatory. 18 U.S.C. 3583(g).

    2) On or about April 14, 2022, Ford Jr. committed another crime: Arizona Revised Statutes (A.R.S.) §13-3102A4 (Misconduct Involving Weapons/Prohibited Possessor), a Class 4 Felony. Violation outlined in Tucson Police Interim Complaint number 2204140001. A Grade B violation §7B1.1(a)(2). Per U.S.S.G. 7B1.1, Note 1, violation based on the actual conduct, not a new criminal charge or conviction. Revocation is mandatory. 18 U.S.C. 3583(g).

cc: AUSA: S. Clemens, PROB, USM

Page 2
RE: James Lamar Ford, Jr
Petition to Revoke Supervised Release
April 18, 2022

|   |   |   |
|---|---|---|
|   |   | 3) On or about April 14, 2022, Ford Jr. committed another crime: Arizona Revised Statutes (A.R.S.) §13-1201/§13-3601 (Endangerment/Domestic Violence) and §13-2904A6/§13-3601(Disorderly Conduct/Domestic Violence with Deadly Weapon), Class 6 Felonies. Violations outlined in Tucson Police Interim Complaint number 2204140001. Grade B violations §7B1.1(a)(2). Per U.S.S.G. 7B1.1, Note 1, violation based on the actual conduct, not a new criminal charge or conviction. Revocation is mandatory. 18 U.S.C. 3583(g). |
|   | B | **Standard Condition #10** which states, "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)." |
|   |   | On or about April 14, 2022, Ford Jr. was in possession of a firearm. Violation outlined in Tucson Police Interim Complaint number 2204140001. A Grade C violation. §7B1.1(a)(3). Revocation is mandatory. 18 U.S.C. 3583(g). |

**U.S. Probation Officer Recommendation and Justification**

James Lamar Ford, Jr has violated the trust of the Court. A warrant is recommended (to be logged as a detainer) to initiate revocation proceedings as James Lamar Ford, Jr is in the custody of another authority (Pima County Jail reference booking number 220414008), awaiting disposition on separate charges.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_(signed)_                        4/18/2022
Joseph R. Moses              Date
U.S. Probation Officer
Office: 520-224-6003
Cell: 520-310-9112

_(signed)_                        4/18/2022
Joy Zeitler              Date
Supervisory U.S. Probation Officer
Office: 520-405-1269
Cell: 520-205-4578

Page 3
RE:  James Lamar Ford, Jr
Petition to Revoke Supervised Release
April 18, 2022

The Court Orders

☐     No Action
☒     The Issuance of a Warrant
☐     The Issuance of a Summons
☐     Other

_____      4/19/2022
The Honorable Cindy K. Jorgenson              Date
Senior United States District Judge