*STEVEN D. WEST, ESQ.*
Steven D. West, P.C.
325 W. Franklin St. #111
Tucson, AZ 85701
PH: (520) 623-4387
FAX: (520) 623-1148
sdwildwest@yahoo.com
Arizona State Bar No. 016330
Pima County Computer No. 64971

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR18-00261-TUC-CKJ(LAB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO WITHDRAW |
| | ) | AS COUNSEL |
| James Lamar Ford, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is expected that excludable delay under 18 U.S.C. §3161 (h) (1) (D) will occur as a result of this motion or an order based thereon.

COMES NOW, STEVEN D. WEST, by and for the defendant, and requests this court to permit him to withdraw as counsel of record for the reason that the trust

relationship between counsel and Defendant has been irretrievably broken, and the Defendant has requested that Counsel withdraw from his case.

RESPECTFULLY SUBMITTED this __30th__ day of __June__, 2022

/s/ Steven D. West
STEVEN D. WEST
Attorney for Defendant

Copy of the foregoing electronically
delivered this date to:

Shelley Clemens, Esq.
Assistant U. S. Attorney