Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona
Superseding Petition



FILED ☐ LODGED
Aug 16, 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Name of Offender: | **James Lamar Ford, Jr** | Case No.: | **18-CR-00261-001-TUC-CKJ (LAB)** |
| Name of Judicial Officer: | **The Honorable Cindy K. Jorgenson**<br>**Senior United States District Judge** | | |
| Date of Original Sentence: | **11/28/2018** | | |
| Original Offense: | **Instant Offense: Felon in Possession of Firearms and Ammunition, 18, U.S.C., §922(g)(1) and 18, U.S.C., §924(a)(2), a Class C Felony** | | |
| Original Sentence: | **24 months Bureau of Prisons, 36 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **8/21/2020**<br>Date Supervision Expires: **8/20/2023** | |
| Assistant U.S. Attorney: | **Shelley Clemens**<br>**520-620-7340** | Defense Attorney: | **Steven Donald West**<br>**520-623-4387** |

Petitioning the Court to Affirm the Existing Warrant

The probation officer alleges James Lamar Ford, Jr has violated the following condition(s) of supervision:

**Allegation**   **Nature of Noncompliance**

A   **Mandatory Condition #1** which states, "You must not commit another federal, state or local crime."

1) On or about April 14, 2022, Ford Jr. committed another crime: Arizona Revised Statutes (A.R.S.) §13-1204A2/13-3601 (Domestic Violence/Aggravated Assault with Deadly Weapon), a Class 3 Felony. Violation outlined in Tucson Police Interim Complaint number 2204140001. A Grade B violation §7B1.1(a)(2). Per U.S.S.G. 7B1.1, Note 1, violation based on the actual conduct, not a new criminal charge or conviction. Revocation is mandatory. 18 U.S.C. 3583(g).

2) On or about April 14, 2022, Ford Jr. committed another crime: Arizona Revised Statute (A.R.S.) §13-3102A4 (Misconduct Involving Weapons/Prohibited Possessor), a Class 4 Felony. Violation outlined in Tucson Police Interim Complaint number 2204140001. A Grade B violation §7B1.1(a)(2). Per U.S.S.G. 7B1.1, Note 1, violation based on the actual conduct, not a new criminal charge or conviction. Revocation is mandatory. 18 U.S.C. 3583(g).

cc: AUSA: S. Clemens, PROB, USM

Page 2
RE: James Lamar Ford, Jr
Superseding Petition to Revoke Supervised Release
August 15, 2022

    3) On or about April 14, 2022, Ford Jr. committed another crime: Arizona Revised Statutes (A.R.S.) §13-1201/§13-3601 (Endangerment/Domestic Violence) and §13-2904A6/§13-3601(Disorderly Conduct/Domestic Violence with Deadly Weapon), Class 6 Felonies. Violations outlined in Tucson Police Interim Complaint number 2204140001. Grade B violations §7B1.1(a)(2). Per U.S.S.G. 7B1.1, Note 1, violation based on the actual conduct, not a new criminal charge or conviction. Revocation is mandatory. 18 U.S.C. 3583(g).

B    **Standard Condition #7** which states, "You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment unless the probation officer excuses, you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."

Ford commenced his term of supervision on August 21, 2020 and failed to obtain full-time employment (at least 30 hours per week) from February 2021 up to his arrest for new criminal charges on April 14, 2022, as evidenced by testimony of the probation officer. A Grade C violation §7B1.1(a)(3).

C    **Standard Condition #10** which states, "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)."

On or about April 14, 2022, Ford Jr. was in possession of a firearm. Violation outlined in Tucson Police Interim Complaint number 2204140001. A Grade C violation. §7B1.1(a)(3). Revocation is mandatory. 18 U.S.C. 3583(g).

D    **Standard Condition #13** which states, "You must follow the instructions of the probation officer related to the conditions of supervision."

    1) Ford failed to submit his required monthly report From September 5, 2020, through April 5, 2022, via the electronic reporting system (ERS) as directed by the probation officer. *On September 3, 2020, the undersigned reviewed the ERS instruction form with Ford to which he signed and received a copy. The instruction form states the following, "in accordance with the terms and conditions of supervised release, you shall report to the probation office as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month."* A Grade C violation §7B1.1(a)(3).

Page 3
RE:  James Lamar Ford, Jr
Superseding Petition to Revoke Supervised Release
August 15, 2022

**U.S. Probation Officer Recommendation and Justification**

James Lamar Ford, Jr has violated the trust of the Court. It is requested the Court order the approval of the Superseding Petition, and Ford remain in custody on the previously executed warrant.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_[signature]_ 8/15/2022
Joseph R. Moses                                     Date
U.S. Probation Officer
Office:  520-224-6003
Cell:  520-310-9112

_[signature]_  For: _____ 8/15/2022
Joy Zeitler                                           Date
Supervisory U.S. Probation Officer
Office:  520-405-1269
Cell:  520-205-4578


The Court Orders

☐   No Action
☐   The Issuance of a Warrant
☐   The Issuance of a Summons
☒   Other

_[signature]_ 8/16/2022
The Honorable Cindy K. Jorgenson           Date
Senior United States District Judge